The Honorable Robert S. Lasnik

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Gabriel RUIZ-DIAZ, Hyun Sook SONG, Cindy Lee MARSH, and Gadiel GOMEZ,<br><br>Plaintiffs,<br><br>v.<br><br>United States of America,<br>U.S. Citizenship and Immigration Services,<br>U.S. Department of Homeland Security,<br>U.S. Department of Justice,<br>Emilio GONZALEZ, Director of Citizenship and Immigration Services,<br>Michael CHERTOFF, Secretary of the Department of Homeland Security,<br>Michael MUKASEY, Attorney General,<br><br>Defendants. | No. CV-07-1881RSL<br><br>**ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE A RESPONSE TO PLAINTIFFS' NOTICE OF RENOTING MOTION FOR TEMPORARY RESTRAINING ORDER** |

This matter comes before this Court on Defendants' Motion for Leave to File Response to Plaintiffs' Notice of Renoting Motion for Temporary Restraining Order ("Motion").

Defendants' Motion is hereby GRANTED. The Clerk is directed to send copies of this Order to all counsel of record.

Dated this 20th day of December, 2007.

*Robert S. Lasnik* (signature)
Robert S. Lasnik
United States District Judge

ORDER GRANTING
DEFENDANTS' MOTION FOR LEAVE
TO FILE RESPONSE
CV-07-1881-RSL – 1

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF IMMIGRATION LITIGATION
1331 PENNSYLVANIA AVE., N.W., ONY4201
WASHINGTON, D.C. 20004-1703
Tel (202) 616-9752; Fax (202) 307-8801