UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GABRIEL RUIZ-DIAZ, *et al.*,
          Plaintiffs,
      v.
UNITED STATES OF AMERICA, *et al.*,
          Defendants.

No. C07-1881RSL

ORDER TO SHOW CAUSE

      This matter comes before the Court on plaintiffs' "Notice of Renoting Motion for Temporary Restraining Order" (Dkt. # 10) and defendants' response thereto (Dkt. # 14). On November 21, 2007, plaintiffs filed a "Motion for Temporary Restraining Order" seeking to remain in the United States with employment authorization until this case is resolved. Defendants opposed the motion arguing, in part, that there is no imminent danger of irreparable harm because plaintiffs can continue to work for their current employers until May 2008 at the earliest. Rather than withdraw their motion for temporary restraining order, plaintiffs simply renoted the motion to April 11, 2008.

      It having come to the Court's attention that the harm plaintiffs seek to avoid is many months off, plaintiffs are hereby ORDERED TO SHOW CAUSE why their motion for temporary restraining order should not be denied without prejudice. The Clerk of Court is directed to place this Order to Show Cause on the Court's calendar for Friday, January 4, 2008.

ORDER TO SHOW CAUSE

1  Plaintiffs shall respond to this Order no later than 4:30 p.m. on Thursday, January 3, 2008.

2

3              Dated this 20th day of December, 2007.

4

5                                          Robert S. Lasnik
6                                          United States District Judge