1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

_____ )
GABRIEL RUIZ-DIAZ, *et al.*,                )
                                            )   No. C07-1881RSL
              Plaintiffs,                   )
       v.                                   )   ORDER REGARDING DEFENDANTS'
                                            )   MOTION FOR CONTINUANCE
UNITED STATES OF AMERICA,                   )
*et al.*,                                   )
                                            )
              Defendants.                   )
_____ )

9
10
11
12
13
14

        This matter comes before the Court on "Defendants' Motion for Continuance of

15
16
17

Plaintiffs' Motion for Summary Judgment and Cross-Motion for Summary Judgment." Dkt.

# 106. Defendants assert that new arguments and evidence presented in support of plaintiffs'

Religious Freedom Restoration Act ("RFRA") claim requires additional discovery under Fed. R.

18
19
20

Civ. P. 56(f). Although defendants have requested that the Court continue the cross-motions for

summary judgment in their entirety, they have not offered any justification for delaying

consideration of plaintiffs' non-RFRA claims.

21
22

        The Court will consider the pending motions for summary judgment, which were

23

noted on the Court's calendar for December 15, 2008, in the normal course. Defendants' motion

24

for a 56(f) continuance regarding the RFRA claim will be considered along with the underlying

25

papers. Discovery in this matter is not stayed and the parties are encouraged to work together to

26

schedule any necessary depositions during the next few weeks.

ORDER REGARDING DEFENDANTS'
MOTION FOR CONTINUANCE

1    Dated this 21st day of January, 2009.

2

3                                     _MW S Lasnik_

4                                     Robert S. Lasnik
                                      United States District Judge
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER REGARDING DEFENDANTS'
MOTION FOR CONTINUANCE            -2-